UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT ELMORE,

    Plaintiff,

v.                                        Case No:   8:23-cv-1446-JSM-CPT

TERMINATING FLOORS INC. and
MARK H. STAPLETON,

    Defendant.

_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. On August 4, 2023, the Court granted Plaintiff's counsel's motion to withdraw from the case. Plaintiff was directed to either retain counsel or advise the Court of his wish to proceed *pro se* within sixty (30) of the date of the Order. Failure to do so would result in the dismissal of the case for failure to prosecute the case. A review of the file reveals that Plaintiff has not filed a notice of proceeding *pro se* or retained counsel. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of September, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record